STATE v. BLACKMAN.

(Filed March 29, 1904).

INTOXICATING LIQUORS—*Instructions—Questions for Jury.*

> An instruction, on a prosecution for unlawfully keeping liquor for
> sale, that if defendant had whiskey in his possession he would
> be guilty of keeping it unlawfully, was erroneous, it being
> for the jury to determine from all the evidence whether he
> was guilty as charged.

INDICTMENT against Robert Blackman, heard by *Judge M. H. Justice* and a jury, at November Term, 1903, of the Superior Court of UNION County. From a verdict of guilty, and judgment thereon, the defendant appealed.

*Robert D. Gilmer, Attorney-General,* and *Adams, Jerome & Armfield* for the State.
*Redwine & Stack,* for the defendant.

PER CURIAM: His Honor said to the jury that the first question to decide was "whether the man had the whiskey in his possession; if he did, that would make him guilty of keeping it unlawfully." The defendant excepted.

In any point of view the instruction was erroneous. The jury should have been permitted, upon the whole of the evidence, to say whether or not the defendant was guilty as charged. For this error, without passing upon the other exceptions, there must be

New trial.